■ ADELAIDE MARCUCCI, Individually and as Former Stockholder of AD ROB RESTAURANTS, INC., Appellant, v JAMES DI BLASI et al., Respondents. [738 NYS2d 256] —Order unanimously affirmed without costs. Same Memorandum as in *Welch v Di Blasi* (289 AD2d 964 [decided herewith]). (Appeal from Order of Supreme Court, Erie County, Sedita, Jr., J.—Dismiss

Pleading.) Present—Pigott, Jr., P. J., Green, Pine, Hayes and Hurlbutt, JJ.